**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1645**

---

HILDA BROADY,

Plaintiff - Appellant,

versus

BODDIE-NOELL ENTERPRISES, INCORPORATED, d/b/a
Hardees of Colonial & 21st Street,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. William T. Prince, Magistrate Judge. (CA-99-1816-2)

---

Submitted:  December 15, 2000        Decided:  January 12, 2001

---

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stanley E. Sacks, SACKS & SACKS, Norfolk, Virginia, for Appellant. C. Kailani Memmer, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hilda Broady appeals the magistrate judge's order[*] granting summary judgment in favor of Appellee Boddie-Noell Enterprises, Inc., in this diversity action, in which Broady alleged that Boddie-Noell was negligent. We have reviewed the parties' briefs, the joint appendix, and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Broady v. Boddie-Noell Enters., Inc., No. CA-99-1816-2 (E.D. Va. May 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The case was decided by a magistrate judge exercising jurisdiction upon consent of the parties, in accordance with 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).